

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00032-CV

| | | |
|---|---|---|
| 423 COLONY, LTD., Appellant | § | On Appeal from the Probate Court |
| v. | § | of Denton County (PR-2014-00040-03) |
| THE INDEPENDENT EXECUTORS OF THE ESTATE OF PETER C. KERN, DAN FLAGG, JOHN COCHRAN, AND BEN LIPMAN, Appellees | § | May 23, 2019 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render judgment in favor of Colony in the amount of $571,163.54, and the case is remanded to the trial court for a determination of Colony's reasonable and necessary attorney's fees, costs, and expenses.

It is further ordered that appellees The Independent Executors of The Estate of Peter C. Kern, Dan Flagg, John Cochran, and Ben Lipman shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
      Chief Justice Bonnie Sudderth